1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON**

11

12

13 **Re:**

14 **DONALD PIERCE RUSSELL
SHERYL MARIE RUSSELL**

15         **Debtor(s)**

16

17

18 ─────────────────────────

19 It is ORDERED that joint debtor's name should be corrected in the court record to reflect the correct

20 spelling of his name as DONALD PIERCE RUSSELL.

          ///end of order///

21 Presented by:

22

**/s/ Ellen Ann Brown**
23 Ellen Ann Brown WSB 27992
Attorney at Law

24

25

In Chapter 7 Proceeding
No. 18-43517-MJH

**ORDER CORRECTING
SPELLING
DEBTOR'S NAME**

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958
Fax 253-274-1200